UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ NOV 16 2009
P.M.
TIME P.M.
TIME A.M.

-------------------------------------------------X

JOSE M. RODRIGUEZ,

                Plaintiff,

      -against-

STEVEN SCHOR, INC.,

                Defendant.

-------------------------------------------------X

**ORDER**
**09 CV 2197 (NGG)(LB)**

**BLOOM, United States Magistrate Judge:**

      The Court held an initial conference in this *pro se* employment discrimination case pursuant to Fed. R. Civ. P. 16 on November 10, 2009. Plaintiff made a settlement demand on the record, however, defendant's counsel was unable to contact his client to respond to plaintiff's demand. The Court shall hold a conference on November 24, 2009 at 12:45 p.m. in Courtroom 11A. The parties are directed to appear at 12:15 p.m. to discuss settlement. If defendant's counsel obtains authority to settle this action, as discussed on the record, he is encouraged to prepare a stipulation of settlement, which will be translated for plaintiff by the interpreter requested by the Court.

SO ORDERED.

                                LOIS BLOOM
                                United States Magistrate Judge

Dated: November 13, 2009
       Brooklyn, New York