UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE M. RODRIGUEZ,

                Plaintiff,

      -against-

STEVEN SCHOR, INC.,

               Defendants.
-----------------------------------------------------------X

**ORDER**

09-CV-2197 (NGG) (LB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 24 2011 ★
BROOKLYN OFFICE

NICHOLAS G. GARAUFIS, United States District Judge.

On May 13, 2009, Plaintiff Jose M. Rodriguez ("Rodriguez") filed a Complaint against his former employer, Defendant Steven Schor, Inc. ("Steven Schor") under the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101. (Compl. (Docket Entry # 1).) On May 21, 2010, Steven Schor filed a fully briefed, unopposed motion for summary judgment. (Docket Entry # 12.) The court referred the motion to Magistrate Judge Lois Bloom for report and recommendation. (Docket Entry, Nov. 12, 2010.) Judge Bloom issued her Report and Recommendation ("R&R") on January 21, 2011 and recommended granting Steven Schor's motion. (Docket Entry # 14.)

No party has objected to Judge Bloom's R&R, and the time to do so has passed. See Fed. R. Civ. P. 72(b)(2). Having reviewed Judge Bloom's thoroughly reasoned R&R, the court adopts it in its entirety. See Porter v. Potter, 219 F. App'x 112 (2d Cir. 2007). Accordingly, and although the court sympathizes with Rodriguez's circumstances following his injury, the court GRANTS Steven Schor's motion for summary judgment.

SO ORDERED.

Dated: Brooklyn, New York
       February 22, 2011

s/Nicholas Garaufis
NICHOLAS G. GARAUFIS
United States District Judge